**Order filed September 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01075-CV
_____

### ELIZABETH OKORAFOR, Appellant

### V.

### UNCLE SAM & ASSOCIATES, INC., Appellee

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCV-153665**

## O R D E R

Appellant was granted an extension of time to file her brief until July 22, 2013. No brief or further motion for extension of time has been filed.

Unless appellant files her brief with the clerk of this court on or before **September 23, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM